IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PHILADELPHIA INDEMNITY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) FALCONHEAD PROPERTY OWNERS )<br>ASSOCIATION, INC. )<br>)<br>Defendant. ) | Case No. 19-CV-135-SPS |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff, Philadelphia Indemnity Insurance Company, and pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby files this notice dismissing the above styled and numbered lawsuit without prejudice to the refiling thereof.

Respectfully submitted,

*s/ Casper J. den Harder*
Phil R. Richards, OBA #10457
Casper J. den Harder, OBA #31536
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email: prichards@richardsconnor.com
         cdenharder@richardsconnor.com

**ATTORNEYS FOR PLAINTIFF
PHILADELPHIA INDEMNITY
INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of July, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.

                *s/ Casper J. den Harder*